## S. H. KRESS & CO. *v.* UNITED STATES

**No. 5836.**—Invoices dated Yokohama, Japan, April 4, 1936, and Kobe, Japan, December 24, 1935.

Certified April 7, 1936, and December 26, 1935.

Entered at New Orleans, La., May 18, 1936, and February 18, 1936.

Entry Nos. 3234 and 2295.

(Decided March 4, 1943)

*Sharretts & Hillis (Arthur L. Tallman* of counsel) for the plaintiff.

*Paul P. Rao,* Assistant Attorney General (*Daniel I. Auster,* special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that certain items of the involved merchandise are of the same character and description as those involved in *United States* v. *Nippon Dry Goods Co.,* Reap. Dec. 5006, and that the appraised value, less any additions made by the importer or appraiser by reason of the so-called Japanese consumption tax, represents the export value of such items, and that there was no higher foreign value at or about the dates of exportation thereof.

Accepting this stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export value of the rayon parasols covered by said appeals to be the value found by the appraiser, less any additions made by either the importer or appraiser by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.